IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROB BURNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 14 CV 5983 |
| | ) |
| CITY OF FOX LAKE, | ) Judge James B. Zagel |
| FOX LAKE POLICE DEPARTMENT, | ) Magistrate Judge Jeffrey Cole |
| OFFICER ROBERT LEWIS, and | ) |
| OFFICER REGAN CRUZ, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, ROB BURNS, by and through his attorney, Hans Mast of the LAW OFFICES OF THOMAS J. POPOVICH, P.C., and Defendants, VILLAGE OF FOX LAKE, FOX LAKE POLICE DEPARTMENT, OFFICER ROBERT LEWIS, and OFFICER REGAN CRUZ, by and through their attorney, Eric A. Krumdick of MAISEL & ASSOCIATES, that:

1. Plaintiff, ROB BURNS, voluntarily dismisses Defendants, VILLAGE OF FOX LAKE, FOX LAKE POLICE DEPARTMENT, OFFICER ROBERT LEWIS, and OFFICER REGAN CRUZ, from this case with prejudice; and

2. Each party will bear his/its own costs and attorney's fees.

Respectfully submitted,                     Respectfully submitted,

LAW OFFICES OF THOMAS J. POPOVICH, P.C.     MAISEL & ASSOCIATES

By: _____                By: _____
Attorney for Plaintiff                       Attorney for Defendants
Hans A. Mast                                 Eric A. Krumdick
Law Offices of Thomas J. Popovich, P.C.      Maisel & Associates
3416 West Elm Street                         161 N. Clark Street, Suite 800
McHenry, Illinois 60050                      Chicago, Illinois 60601
814-344-3797                                 312-458-6500